Misc. No. 12–8021/AF.  In re Steven J. Holsey, Petitioner v. Commander, 78th Air Base Wing, Colonel Mitchel H. Butikofer, Respondent.  Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus or, alternatively, a writ of prohibition was filed under Rule 27(a) on this date.